IRVING G. DOWNS, Plaintiff, *v.* NATHAN A. DOWNS et al., as Executors of and Trustees under the Will of RHODA J REEVE, Deceased, et al., Defendants.

SPENCER L. HIGGINS et al., Appellants ; NATHAN A. DOWNS, as Surviving Executor and Trustee, Respondent.

*Downs* v. *Downs*, 107 App. Div. 623, affirmed.
(Argued October 4, 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 31, 1905, which affirmed an order of the Suffolk County Court in surplus money proceedings.

*M. Casewell Heine* and *George F. Stackpole* for appellants.

*Richard L. Sweezy* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ.   Absent : O'BRIEN, J.